**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**Maryann Munoz**
          Plaintiff

            CIVIL ACTION

     V.

            NO.  1:22-11079-GAO


**40-44 Forest Street, LLC et al**
          Defendant


## ORDER OF REMAND


O'Toole, D. J.


    In accordance with the Court's Order dated February 3, 2023, the above-entitled action is hereby REMANDED to the Essex County Superior Court.

2/3/2023                     /s/ Flaviana de Oliveira
    Date                         Deputy Clerk